**No. 61795.**—Morgan Cigar Company, Inc. *v.* United States, protest 220609–K (Tampa).

Opinion by RICHARDSON, J. In accordance with rule 5 (b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

**No. 61796.**—Garcia & Vega, Inc. *v.* United States, protest 220610–K (Tampa).

Opinion by RICHARDSON, J. In accordance with rule 5 (b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

**No. 61797.**—Ittmann Brothers *v.* United States, protests 312280–K/14882 and 312281–K/14883 (New Orleans).

Opinion by RICHARDSON, J. In accordance with rule 5 (b) of the rules of this court, as amended, the protests were dismissed for lack of prosecution.